**In re MARTECH USA, INC., Debtor.**

**J.P. MORGAN INVESTMENT MANAGEMENT, INC.; Smith, Barney & Shearson; Grace Brothers, Inc., Appellants,**

v.

**UNITED STATES TRUSTEE; Kenneth W. Battley, Trustee, Appellee.**

No. 95–36189.

United States Court of Appeals,
Ninth Circuit.

Argued June 3, 1996.

Submission Deferred June 4, 1996.

Resubmitted July 16, 1996.

Decided July 24, 1996.

Donna C. Willard, Willoughby & Willard, Anchorage, Alaska; Arnon D. Siegel, Davis,

Polk & Wardwell, Washington, D.C., for appellants.

Rebecca S. Copeland, Koval & Featherly, Anchorage, Alaska; Barbara L. Franklin, Assistant United States Trustee, Anchorage, Alaska, for appellee.

Before BROWNING, WRIGHT, and T. G. NELSON, Circuit Judges.

### ORDER

The opinion of the Bankruptcy Appellate Panel is **AFFIRMED** for the reasons given by that panel. *J.P. Morgan Inv. Management, Inc. v. United States Trustee (In re Martech USA, Inc.),* 188 B.R. 847 (9th Cir. BAP 1995).